# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/22/2015 10:07:09 AM
CATHY S. LUSK

Court of Appeals No. (If known): 12-15-00012-CR

Trial Court Style: The State of Texas VS Anthony Maillard

Trial Court & County: 188th Gregg County     Trial Court No.: 43,518-A

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: April 17, 2015

Anticipated Number of Pages of Record: 150 pages

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

☐ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐ my duties listed below preclude working on this record:

☑ Other. (Explain.): I just recently received payment (a week or so before April 17th).

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by May 18th, and I hereby request an additional ___30___ days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

April 22, 2015
Date                                    Signature

903.237.2688
Office Phone Number                     Printed Name

Orolyn.fruman @ co.gregg.tx.us
E-mail Address (if available)           Official Title

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):

Name: Clay Graham

Address: 5719 Airport Fwy
Fort Worth, TX 76117

Phone no.: 817. 334. 0081

Attorney for: the defendant

Lead Counsel for APPELLEE(S):

Name: Zan Colson Brown

Address:
Gregg County Courthouse

Phone no.:

Attorney for: the State of Texas

Lead Counsel for APPELLANT(S):

Name:

Address:

Phone no.:

Attorney for:

Lead Counsel for APPELLEE(S):

Name:

Address:

Phone no.:

Attorney for:

Additional                    information,                    if                    any: